IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIGITTE DENT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-6354 |
| | : | |
| **AMRESORTS, L.P., AMR GP HOLDINGS, LLC, ALG INTEGRATED HOLDINGS CORP. d/b/a APPLE LEISURE GROUP, ALG VACATIONS CORP. d/b/a APPLE LEISURE GROUP, APPLE VACATIONS, LLC d/b/a APPLE VACATIONS, HYATT HOTELS CORP. d/b/a WORLD OF HYATT, JOHN DOE INDIVIDUALS 1-10, ABC CORPORATIONS, 1-10** | : | |

# ORDER

**AND NOW**, this 31st day of January 2025, upon considering Defendants' Motion to dismiss (ECF 16) based on the alleged lack of an indispensable party and an inconvenient forum theory, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF 16) is **DENIED** requiring Defendants file an Answer to the amended Complaint (ECF 8) by no later than **February 14, 2025.**

                                                                                                  _____
                                                                                                  **KEARNEY, J.**